IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:06cr24WHB-JCS

JUAN GARCIA and
ELIZABETH CANTU DE GARCIA

ORDER OF DISMISSAL

On July 10, 2006, the United States Attorney received a copy of the laboratory analysis of the substance that defendants JUAN GARCIA and ELIZABETH CANTU DE GARCIA have been charged with conspiring to distribute. The analysis indicated that the substance did not contain cocaine, but did contain lidocaine which is not a controlled substance. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against JUAN GARCIA and ELIZABETH CANTU DE GARCIA .

DUNN LAMPTON
United States Attorney

By:   s/Sandra G. Moses

SANDRA G. MOSES
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 12th day of July, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE